```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

FIAZ AFZAL                                    CIVIL ACTION

VERSUS                                        NO. 14-2786

CECILIA MOUTON, M.D., ET AL.                  SECTION "A"(5)
```

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Based on the arguments raised in the opposition, the Court adds that it has no jurisdiction to order the LSBME to reinstate a medical license or to review the validity of Plaintiff's criminal conviction.

Accordingly;

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Rec. Doc. 6)** is **GRANTED**. Plaintiff's complaint should be and is hereby **DISMISSED**.

May 7, 2015

_____
UNITED STATES DISTRICT JUDGE